UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| VLADEK FILLER ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | CASE NO. 1:15-cv-00048-JAW |
| HANCOCK COUNTY, *et al.,* ) | |
| ) | |
| ) | |
| Defendants ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO 41(a)(1)(A)(ii)**

NOW COME all appearing parties in the above-captioned litigation and Stipulate to the Dismissal of all claims with prejudice, and without costs, against Michael Povich, Carletta Bassano, Mary Kellett and Paul Cavanaugh.


Dated: July 17, 2018          */s/ Thomas F. Hallett*_____
                              Thomas F. Hallett, Bar No. 3142
                              David A. Weyrens, Bar No. 4035
                              Attorneys for Plaintiff
                              HALLETT WHIPPLE WEYRENS
                              6 City Center, Ste. 208
                              P.O. Box 7508
                              Portland, ME 04112
                              PH: 207-775-4255


Dated: July 17, 2018          */s/ Peter Marchesi*_____
                              Peter Marchesi, Bar No. 6889
                              Cassandra Shaffer, Bar No. 9721
                              Attorneys for all County Defendants
                              Wheeler & Arey, P.A.
                              27 Temple Street
                              Waterville, ME 04901
                              PH: 888-451-8400

Dated: July 17, 2018                /s/ Jonathan Bolton
                                    Jonathan Bolton, Bar No. 4597
                                    Attorney for Defendants Bassano and
                                    Povich
                                    Office of the Attorney General
                                    6 State House Station
                                    Augusta, ME 04333
                                    PH: 207-626-8800

Dated: July 17, 2018                /s/ Frederick Costlow
                                    Frederick Costlow, Bar No. 3823
                                    Attorney for Defendants Cavanaugh and
                                    Kellett
                                    Richardson, Whitman, Large & Badger
                                    P.O. Box 2429
                                    Bangor, ME 04402
                                    PH: 207-945-5900

Dated: July 17, 2018                /s/ John Wall
                                    John Wall, Bar No. 7564
                                    Attorney for Estate of Guy Wycoff
                                    Monaghan Leahy
                                    P.O. Box 4076 DTS
                                    Portland, ME 04112
                                    PH: 207-774-3906

Dated: July 17, 2018                /s/ Edward Benjamin
                                    Edward Benjamin, Bar No. 2924
                                    Kasia Parks, Bar No. 5232
                                    Attorneys for all Town Defendants
                                    Drummond Woodsum
                                    84 Marginal Way, Ste. 600
                                    Portland, ME 04101
                                    PH: 207-772-1941