UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| VLADEK FILLER )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HANCOCK COUNTY, *et al.,* )<br>)<br>)<br>Defendants ) | CIVIL ACTION<br>CASE NO. 1:15-cv-00048-JAW |

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO 41(a)(1)(A)(ii)**

NOW COME all appearing parties in the above-captioned litigation and Stipulate to the Dismissal of all claims with prejudice, and without costs or attorney's fees, against the City of Ellsworth, John DeLeo, Chad Wilmot, the Town of Gouldsboro, and the Estate of Guy Wycoff.

Dated: 8/15/18

*/s/ David Weyrens*
_____
Thomas F. Hallett, Bar No. 3142
David A. Weyrens, Bar No. 4035
Attorneys for Plaintiff
HALLETT WHIPPLE WEYRENS
6 City Center, Ste. 208
P.O. Box 7508
Portland, ME 04112
PH: 207-775-4255

Dated: 8/15/18

*/s/ Peter Marchesi*
_____
Peter Marchesi, Bar No. 6889
Cassandra Shaffer, Bar No. 9721
Attorneys for all County Defendants
Wheeler & Arey, P.A.
27 Temple Street
Waterville, ME 04901
PH: 888-451-8400

Dated: 8/15/18

*/s/ John Wall*
_____
John Wall, Bar No. 7564
Attorney for Estate of Guy Wycoff
Monaghan Leahy, LLP
P.O. Box 7046 DTS
Portland, ME 04112
PH: 207-774-3906

Dated: 8/15/18

*/s/ Kasia Park*
_____
Edward Benjamin, Bar No. 2924
Kasia Park, Bar No.
Attorneys for all Town Defendants
Drummond Woodsum
84 Marginal Way, Ste. 600
Portland, ME 04101
PH: 207-772-1941

2