UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| VLADEK FILLER ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION |
| ) | CASE NO. 1:15-cv-00048-JAW |
| HANCOCK COUNTY, *et al.,* ) | |
| ) | |
| ) | |
| Defendants ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO 41(a)(1)(A)(ii)**

NOW COME all appearing parties in the above-captioned litigation and Stipulate to the Dismissal of all claims with prejudice, and without costs, interest or attorney's fees, against Hancock County, William Clark, Washington County, Donnie Smith, Travis Willey, David Denbow, Michael Crabtree, and Stephen McFarland.


Dated: 8/28/18

*/s/ David A. Weyrens*
_____
Thomas F. Hallett, Bar No. 3142
David A. Weyrens, Bar No. 4035
Attorneys for Plaintiff
HALLETT WHIPPLE WEYRENS
6 City Center, Ste. 208
P.O. Box 7508
Portland, ME 04112
PH: 207-775-4255

Dated: 8/28/18

*/s/ Peter Marchesi*
_____
Peter Marchesi, Bar No. 6889
Cassandra Shaffer, Bar No. 9721
Attorneys for all County Defendants
Wheeler & Arey, P.A.
27 Temple Street
Waterville, ME 04901
PH: 888-451-8400

1