HALLETT
WHIPPLE
WEYRENS

*Please reply to P.O. Box 7508, Portland, ME 04112*

September 12, 2018

**VIA ECF FILING**
Honorable Judge Rich
United States District Court
156 Federal Street
Portland, ME 04101

    *RE: Vladek Filler v. Linda Gleason*
    *Docket No.: 1:15-cv-48*

Dear. Judge Rich,

    I am writing to alert the Court to the fact that one defaulted Defendant remains in this matter, Linda Gleason.  While the Plaintiff has settled his claims with regard to all other defendants, he does intend to pursue a default judgement against Defendant Gleason and is currently exploring avenues to set this up pursuant to F.R.Civ.P. 55.  Toward that end, the Court may anticipate a filing requesting the entry of a default judgment in the very near future and if additional information is needed, or deadlines set, plaintiff stands ready to set up a conference with the Court.

    Sincerely,

    /s/ David A. Weyrens

    David A. Weyrens, Bar No. 4035
    HALLETT WHIPPLE WEYRENS
    *dweyrens@hww.law*

DAW/akl
CC: Vladek Filler (e-mail)